FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 06, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHAWN SUMMERKAMP,<br><br>               Plaintiff,<br><br>   v.<br><br>ALEJANDRO MARTINEZ-MORALES, an individual; and GLADIATOR EXPRESS, INC., a California corporation,<br><br>               Defendant. | NO:  2:20-CV-29-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is a Stipulated Motion to Dismiss with Prejudice, ECF No. 9.  Having reviewed the Motion and the record, the Court finds good cause to grant dismissal.  Accordingly, **IT IS HEREBY ORDERED**:

   1. The Stipulated Motion to Dismiss with Prejudice, **ECF No. 9**, is **GRANTED**.

   2. Plaintiff's Complaint is dismissed with prejudice and without fees or costs to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** August 6, 2020.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2